In the Matter of the Application of the BROOKLYN BAR ASSOCIATION to Discipline an Attorney. FORREST S. CHILTON, Respondent.— On the petition of the Brooklyn Bar Association, and the answer of the respondent thereto, ordered that the charges preferred against the respondent be sustained, and respondent suspended from practice for five years. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

In the Matter of the Application of the BROOKLYN BAR ASSOCIATION to Discipline an Attorney. FREDERICK I. PEARSALL, Respondent.— Report of the official referee confirmed, and respondent suspended from practice for six months. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

In the Matter of the Application of the BROOKLYN BAR ASSOCIATION to Discipline an Attorney. GEORGE M. SCHINZEL, Respondent.— Report of official referee confirmed, respondent disbarred, and his name stricken from the roll of attorneys. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NEIL MEILE, Appellant.— Motion granted. Present — Kelly, P. J., Rich, Kelby, Young and Kapper, JJ. Settle order on notice.

ARTHUR J. STERN, Appellant, v. MARY AMDUR, Respondent.— Motion for reargument denied, and stay vacated. If the defendant elects to take title pursuant to the judgment, the matter of allowance for usable value of the premises may be presented to the court by renewal of this motion. Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.

TRANSCONTINENTAL ENGINEERING CORPORATION, Appellant, v. ROLAND R. CONKLIN, Respondent.— Motion to amend printed case on appeal granted. Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ. Settle order on notice.

CENTRAL-MOTT CORPORATION, Appellant, v. PIUS A. VAGNIER, Respondent.— Order in so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ., concur.

ANNIE ELIZABETH CHILDS, Respondent, v. GEORGE F. FINNEGAN and Another, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

In the Matter of the Probate of the Last Will and Testament of JAMES F. BARGAR, Deceased.— Decree of the Surrogate's Court of Putnam county, denying probate of a certain paper writing, dated September 13, 1916, and propounded as the last will and testament of James F. Bargar, deceased, reversed on the law and the facts, and a new trial granted, with costs to appellant, payable out of the estate. The verdict rendered in favor of the contestants is contrary to and against the weight of the evidence. There being no proof justifying a submission to the jury of the claim of undue influence, and the mental capacity of the testator not being in issue, the new trial hereby granted will be limited to the question as to whether the alleged will was executed according to law. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur. Settle order on notice before Mr. Justice Manning.